**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Shirley Lieginger<br>aka Shirley U Lieginger<br>aka Shirley Utomo-Lieginger<br>aka Shirley Utomo Lieginger<br>aka Shirley Utomo<br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 19-13435 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing, Inc. and index same on the master mailing list.

                                            Respectfully submitted,
                                            **/s/ Kevin G. McDonald, Esq.**
                                            Kevin G. McDonald, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322