# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT PENNSYLVANIA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shirley Lieginger aka Shirley U Lieginger aka Shirley Utomo-Lieginger aka Shirley Utomo Lieginger aka Shirley Utomo<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Select Portfolio Servicing, Inc., its successors and/or assigns<br>　　　　　　　Movant<br>　　　vs.<br>Shirley Lieginger aka Shirley U Lieginger aka Shirley Utomo-Lieginger aka Shirley Utomo Lieginger aka Shirley Utomo<br>　　　　　　　Debtor(s)<br>William C. Miller Esq.<br>　　　　　　　Trustee | NO. 19-13435 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **July 2, 2019, docket number 11**. The Claim of Nationstar Mortgage LLC d/b/a Mr. Cooper was transferred to Select Portfolio Servicing, Inc. on or about October 25, 2019.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

January 28, 2020