UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Shirley Lieginger | : Bk. No. 19-13435-MDC |
| Debtor(s) | : |
| | : Chapter 13 |

## AMENDED CERTIFICATE OF SERVICE

    I, Mark W. Adams, Esquire, hereby certify that a true and correct copy of the forgoing Answer To Motion Of Select Portfolio Servicing, Inc For Relief From The Automatic Stay And Co-Debtor Stay Under Section 1301 was served upon the interested parties listed below on February 11, 2020 by first class mail, postage prepaid and/or electronically notified.

Dated: February 12, 2020                      /s/ Mark W. Adams

                                                   _____
                                                   Mark W. Adams, Esquire

Interested Parties:

Shirley Lieginger
1014 Snyder Avenue
Philadelphia, PA 19148

Wu Silvy Utomo
1014 Snyder Avenue
Philadelphia, PA 19148

Office of The United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Rebecca A. Solarz, Esquire
KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106