# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-13435-MDC

SHIRLEY LIEGINGER

1014 SNYDER AVENUE

PHILADELPHIA, PA 19148-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHIRLEY LIEGINGER

1014 SNYDER AVENUE

PHILADELPHIA, PA 19148-

Counsel for debtor(s), by electronic notice only.

MARK W ADAMS ESQ
219 RACE ST
SUITE B
PHILA, PA 19106-

Date: 7/21/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee