**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
SHIRLEY LIEGINGER

Chapter 13

Debtor     Bankruptcy No. 19-13435-MDC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

November 19, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK W ADAMS ESQ
219 RACE ST
SUITE B
PHILA, PA 19106-

Debtor:
SHIRLEY LIEGINGER

1014 SNYDER AVENUE

PHILADELPHIA, PA 19148-