United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13435-mdc |
| Shirley Lieginger | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Nov 19, 2020 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shirley Lieginger, 1014 Snyder Avenue, Philadelphia, PA 19148-2314 |
| 14333133 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14333131 | + | City of Philadelphia, PO Box 56318, Philadelphia, PA 19130-6318 |
| 14333136 | + | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14333138 | + | Hsbc Bank, Hsbc Card Srvs/Attn: Bankruptcy, Po Box 4215, Buffalo, NY 14240-4215 |
| 14349795 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150 King of Prussia, PA 19406-4702 |
| 14349553 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, Texas 75019-4620 |
| 14352580 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14333141 | + | Nationstar Mortgage, LLC, D/B/A Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14333951 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14333142 | + | Philadelphia Parking Authority, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 14333144 | # | ProCo, PO Box 2462, Aston, PA 19014-0462 |
| 14333145 | | Radius Global Solutions, LLC, PO Box 15118, Jacksonville, FL 32239-5118 |
| 14383551 | | Saints John Neumann and Maria Goretti Catholic Hig, 1736 South Tenth Street, Philadelphia, PA 19148-1694 |
| 14405748 | + | Select Portfolio Servicing, Inc., C/O Kevin G. McDonald, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14333146 | + | Shapiro & DeNardo, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14383553 | | Smart Tuition, PO Box 11731, Newark, NJ 07101-4731 |
| 14333147 | + | WU SILVY UTOMO, 1014 Snyder Avenue, Philadelphia, PA 19148-2314 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 20 2020 04:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2020 04:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 20 2020 04:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2020 03:58:14 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14345905 | | Email/Text: megan.harper@phila.gov | Nov 20 2020 04:08:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14333132 | | Email/Text: megan.harper@phila.gov | | |

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 20 2020 04:08:00 | City of Philadelphia, Law Department, 1401 JFK Blvd, 5th Floot, Philadelphia, PA 19102 |
| 14333135 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 20 2020 04:08:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14333137 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 20 2020 04:08:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 14333139 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 20 2020 04:08:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14333140 | + | Email/Text: bankruptcy@sccompanies.com | Nov 20 2020 04:08:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14371292 | + | Email/Text: bankruptcy@sccompanies.com | Nov 20 2020 04:08:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14365690 | + | Email/Text: bankruptcy@sccompanies.com | Nov 20 2020 04:08:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P. O. Box 800849, Dallas, Texas 75380-0849 |
| 14333143 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2020 03:59:51 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14370068 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2020 04:01:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14344210 | + | Email/Text: bankruptcy@philapark.org | Nov 20 2020 04:08:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14411161 | | Email/Text: jennifer.chacon@spservicing.com | Nov 20 2020 04:08:00 | Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14365694 | + | Email/Text: bankruptcy@sccompanies.com | Nov 20 2020 04:07:00 | Stoneberry, c/o Creditors Bankruptcy Service, P. O. Box 800849, Dallas, Texas 75380-0849 |
| 14371293 | + | Email/Text: bankruptcy@sccompanies.com | Nov 20 2020 04:07:00 | Stoneberry, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14333134 | | Convergent Outsourcing, Inc, 800 SW 39th Street |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020        Signature:        /s/Joseph Speetjens

District/off: 0313-2 | User: Adminstra | Page 3 of 3
Date Rcvd: Nov 19, 2020 | Form ID: pdf900 | Total Noticed: 36

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| MARK W. ADAMS | on behalf of Debtor Shirley Lieginger mark-law@comcast.net mark-law2@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              Chapter 13
SHIRLEY LIEGINGER

            Debtor                    Bankruptcy No. 19-13435-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

November 19, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK W ADAMS ESQ
219 RACE ST
SUITE B
PHILA, PA 19106-

Debtor:
SHIRLEY LIEGINGER

1014 SNYDER AVENUE

PHILADELPHIA, PA 19148-